JASINTHE TRADING CORPORATION et al., Appellants, *v.* ANDREAS KEUP et al., as Executors of KATHARINA KEUP, Deceased, Defendants, and IRVING BACHRACH et al., Respondents. (Actions 1 and 2.)

(Argued December 7, 1933; decided January 9, 1934.)

*I. Maurice Wormser* and *Henry W. Fried* for appellants. *Frank H. Hiscock, Saul Bernstein* and *Marshall M. Bernstein* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.